JOHNSON ET AL. *v.* NEW JERSEY.

No. 347, Misc.   Decided December 4, 1961.

*Stanford Shmukler* for appellants.

*Norman Heine* for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.